```
STATE OF NEW YORK                           2 0 1 7   F I N A L   A S S E S S M E N T   R O L L                              PAGE   513
COUNTY - Westchester                        T A X A B L E   SECTION OF THE ROLL - 1                VALUATION DATE-JUL 01, 2016
TOWN   - Ossining                     THESE ASSESSMENTS ARE ALSO USED FOR VILLAGE PURPOSES         TAXABLE STATUS DATE-MAY 01, 2017
VILLAGE - Briarcliff Manor                       TAX MAP NUMBER SEQUENCE
SWIS    - 554201                              UNIFORM PERCENT OF VALUE IS 100.00
                                              UNIFORM PERCENT OF VALUE IS 100.00
```

```
TAX MAP PARCEL NUMBER         PROPERTY LOCATION & CLASS  ASSESSMENT  EXEMPTION CODE-----VILLAGE------COUNTY--------TOWN------SCHOOL
CURRENT OWNERS NAME           SCHOOL DISTRICT            LAND        TAX DESCRIPTION                 TAXABLE VALUE
CURRENT OWNERS ADDRESS        PARCEL SIZE/GRID COORD     TOTAL       SPECIAL DISTRICTS                                     ACCOUNT NO.
*************************************************************************************** 105.07-2-36 ***************
                              340 South State Rd
105.07-2-36                   210 1 Family Res                       BAS STAR   41854         0            0          0       92,220
Chittur Krishnan              Briarcliff Mano 554202    472,200   VILLAGE TAXABLE VALUE              629,500
Chittur Jyoti                 4.30-021-46               629,500   COUNTY   TAXABLE VALUE             629,500
340 South State Rd            ACRES   1.32 BANK 05-481            TOWN     TAXABLE VALUE             629,500
Briarcliff Manor, NY 10510    EAST-0679349 NRTH-0839051            SCHOOL   TAXABLE VALUE             537,280
                              DEED BOOK 42221 PG-0382             CW002 County solid waste           629,500 TO
                              FULL MARKET VALUE         629,500   SD059 Cty saw mill bm              629,500 TO C
*************************************************************************************** 105.07-2-37 ***************
                              322 South State Rd
105.07-2-37                   210 1 Family Res                       VILLAGE TAXABLE VALUE           873,500
Gordon Georgia                Briarcliff Mano 554202    474,900   COUNTY   TAXABLE VALUE             873,500
322 South State Rd            4.30-021-19               873,500   TOWN     TAXABLE VALUE             873,500
Briarcliff Manor, NY 10510    ACRES   1.35                        SCHOOL   TAXABLE VALUE             873,500
                              EAST-0679337 NRTH-0839201            CW002 County solid waste           873,500 TO
                              DEED BOOK 50046 PG-3230             SD059 Cty saw mill bm              873,500 TO C
                              FULL MARKET VALUE         873,500
*************************************************************************************** 105.07-2-38 ***************
                              318 South State Rd
105.07-2-38                   210 1 Family Res                       VILLAGE TAXABLE VALUE           613,200
Weiss Michael J               Briarcliff Mano 554202    435,400   COUNTY   TAXABLE VALUE             613,200
Idemitsu-Weiss Kazuko         4.30-021-38               613,200   TOWN     TAXABLE VALUE             613,200
318 South State Rd            ACRES   0.91 BANK 01-294            SCHOOL   TAXABLE VALUE             613,200
Briarcliff Manor, NY 10510    EAST-0679318 NRTH-0839325            CW002 County solid waste           613,200 TO
                              DEED BOOK 56357 PG-3094             SD059 Cty saw mill bm              613,200 TO C
                              FULL MARKET VALUE         613,200
*************************************************************************************** 105.07-2-39 ***************
                              300 South State Rd
105.07-2-39                   210 1 Family Res                       VILLAGE TAXABLE VALUE           636,800
Yang Hansoo                   Briarcliff Mano 554202    397,100   COUNTY   TAXABLE VALUE             636,800
Yoon Hyesuk                   4.30-021-19.A             636,800   TOWN     TAXABLE VALUE             636,800
300 South State Rd            ACRES   1.25 BANK 01-880            SCHOOL   TAXABLE VALUE             636,800
Briarcliff Manor, NY 10510    EAST-0679291 NRTH-0839462            CW002 County solid waste           636,800 TO
                              DEED BOOK 57011 PG-3289
PRIOR OWNER ON 5/01/2017      FULL MARKET VALUE         636,800
Yang Hansoo
*************************************************************************************** 105.07-2-40 ***************
                              288 South State Rd
105.07-2-40                   210 1 Family Res                       VILLAGE TAXABLE VALUE           700,900
Mak Kit Y                     Briarcliff Mano 554202    452,700   COUNTY   TAXABLE VALUE             700,900
Mak Yali L                    4.30-021-35               700,900   TOWN     TAXABLE VALUE             700,900
288 South State Rd            ACRES   1.10                        SCHOOL   TAXABLE VALUE             700,900
Briarcliff Manor, NY 10510    EAST-0679236 NRTH-0839611            CW002 County solid waste           700,900 TO
                              DEED BOOK 45026 PG-289
                              FULL MARKET VALUE         700,900
****************************************************************************************************************
```