UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

**Krishnan Shanker Chittur**

                    Debtor.
-------------------------------------------------------------X

Chapter 11
**Case No. 16-23397 (RDD)**

### ORDER AVOIDING JUDICIAL LIEN OF APF MAD 286 LLC, GAN 286 MADISON LLC, AND 286 MADISON ASSOCIATES LLC, PURSUANT TO 11 U.S.C. § 522(f)

Upon the motion, dated September 29, 2017 (with the exhibits thereto, the "Motion") of the debtor herein, Krishnan Shanker Chittur (the "Debtor") for an order pursuant to 11 U.S.C. § 522(f) avoiding the judicial lien of APF MAD 286 LLC, GAN 286 Madison LLC, and 286 Madison Associates LLC obtained pursuant to a judgment entered in the Supreme Court of the State of New York, County of New York in *APF MAD 286 LLC, GAN 286 Madison LLC and 286 Madison Associates LLC, v. Chittur & Associates, P.C., and Krishnan Chittur a/k/a Krishnan S. Chittur*, Index. No. 156980/2012, on the Debtor's interest in the real property located at 340 South State Road, Briarcliff Manor, New York (the "Property") as impairing the Debtor's homestead exemption; and the Court having jurisdiction over the Motion under 28 U.S.C. §§ 157(a) and 1334(b), as a core proceeding under 28 U.S.C. § 157(b)(2) that the Court may decide by a final order under the United States Constitution; and venue being proper under 28 U.S.C. §§ 1408 and 1409; and there being due and sufficient notice and service of the Motion, including on the judicial lienors; and there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion on February 13, 2018 and all of the proceedings herein; and, after due deliberation, the Court having determined that the foregoing judicial lien fully impairs the Debtor's homestead exemption and the Motion should be granted; and counsel for the Debtor

1

having submitted the proposed order in accordance with such bench ruling on January 30, 2019; and good and sufficient cause appearing, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that pursuant to 11 U.S.C. § 522(f) the fixing on the Property and its proceeds of the judicial lien of APF MAD 286 LLC, GAN 286 Madison LLC, and 286 Madison Associates LLC, obtained pursuant to the judgment in *APF MAD 286 LLC, GAN 286 Madison LLC and 286 Madison Associates LLC, v. Chittur & Associates, P.C., and Krishnan Chittur a/k/a Krishnan S. Chittur*, Index. No. 156980/2012, is avoided; and it is further

ORDERED that the Clerk of Westchester County, New York shall mark on its records that the foregoing judicial lien has been avoided by Bankruptcy Court Order pursuant to 11 U.S.C. § 522(f); provided, that the Debtor may cause a copy of this Order to be recorded with such Clerk as alternative notice thereof.

Dated: White Plains, New York
February 8, 2019

/s/Robert D. Drain_____
United States Bankruptcy Judge

2